**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COLLEEN DELUCA, | : | No. 389 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| MOUNTAINTOP AREA JOINT SANITARY | : | |
| AUTHORITY AND THOMAS G. KEIPER, | : | |
| | : | |
| Respondents | : | |

| | | |
|---|---|---|
| COLLEEN DELUCA, | : | No. 390 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| MOUNTAINTOP AREA JOINT SANITARY | : | |
| AUTHORITY AND THOMAS G. KEIPER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 19th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Application to Consolidate Appeals filed at 390 MAL 2020 is **DENIED** as moot.